UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

HUMPHREY ET AL.                                          CIVIL ACTION

VERSUS                                                   NO. 09-6997

BARDWELL ET AL.                                          SECTION "J"(5)

**ORDER**

Before the Court is Defendants' Motion for Summary Judgment (Rec. Doc. 21). In order for the Court to determine the action to be taken on this motion,

**IT IS ORDERED** that both parties shall file briefs on the issue of Plaintiffs' standing, in particular addressing the element of redressability. Plaintiffs shall have days (10) days from this order to file their brief; Defendants shall file their opposition seven (7) days thereafter.

New Orleans, Louisiana this 9th day of September, 2010.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE