UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ELIZABETH HUMPHREY AND<br>TERENCE MCKAY | CIVIL ACTION NO.: 2:09-06997 |
| VERSUS | JUDGE BARBIER |
| KEITH BARDWELL<br>AND BETH BARDWELL | MAGISTRATE CHASEZ |

FILED_____    _____
                                                                      DEPUTY CLERK

## MOTION TO DISMISS

NOW INTO COURT, through undersigned counsel, come plaintiffs, Elizabeth Humphrey and Terence McKay, who respectfully request that this court dismiss their claims against defendants, Keith Bardwell and Beth Bardwell.

WHEREFORE, plaintiffs, Elizabeth Humphrey and Terence McKay, respectfully request that this court dismiss their claims against defendants, Keith Bardwell and Beth Bardwell with prejudice.

1

Respectfully Submitted,

DILIBERTO & KIRIN, L.L.C.

By: /s/Laura L. Catlett
Laura L. Catlett LSB #31431
3636 S. I-10 Service Road West, Suite 210
Metairie, LA 70001
Telephone: (504) 828-1600
Facsimile: (504) 828-1555

**CERTIFICATE OF SERVICE**

I hereby certify that on September 16, 2010 I have served a copy of the foregoing Motion to Dismiss on all interested parties and/or counsel of record by way of facsimile and/or electronic mail.

/s/Laura L. Catlett
Laura L. Catlett

2